**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**FRANK X. VINCI,**

    **Plaintiff,**

v.                                      Case No. 3:10cv173/MCR/EMT

**RIVER JUNCTION WORK CAMP,**
**et al.,**

    **Defendants.**
_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 4, 2011 (doc. 53). The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted in part and rejected in part. Specifically, contrary to the Report and Recommendation, the court finds that the plaintiff should be allowed to proceed on his Eighth Amendment claims for deliberate indifference to serious medical needs against Warden Culpepper, Dr. Cherry, Nurse Cowherd, Sr., Nurse Cowherd, Jr., and Lieutenant John Doe #2.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order except to the extent that it dismisses the plaintiff's claims for deliberate indifference to serious medical needs against Warden Culpepper, Dr. Cherry, Nurse Cowherd, Sr., Nurse Cowherd, Jr., and Lieutenant John Doe #2.

      2.    The plaintiff's claims against Officer John Doe #1 and Lieutenant Barbara Smith are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure

to state a claim upon which relief may be granted.

3. Defendants Officer John Doe # 1 and Lieutenant Barbara Smith are **DISMISSED** from this action.

4. The plaintiff's Eighth Amendment claim against Lieutenant McClamma for deliberate indifference to serious medical needs is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

5. The plaintiff's First Amendment claim against Lieutenant John Doe #2 is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

6. This matter shall be referred to the assigned magistrate judge for further proceedings on the following claims:

   a. Plaintiff's First Amendment retaliation claims against Lieutenant McClamma, Sergeant Sims, and Officer John Doe #3;

   b. Plaintiff's Eighth Amendment claims against Sergeant Sims and Officer John Doe #3 for excessive force; and

   c. Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Warden Culpepper, Dr. Cherry, Nurse Cowherd, Sr., Nurse Cowherd, Jr., Lieutenant John Doe #2, Sergeant Sims, and Officer John Doe #3.

**DONE AND ORDERED** this 6th day of February, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**