IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FRANK X. VINCI,**

　　Plaintiff,

v.    Case No.: 3:10cv173/MCR/EMT

**WARDEN CULPEPPER, et al.,**

　　Defendants.
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2012 (doc. 78). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants Culpepper and McClamma's motion to dismiss (doc. 69) is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to exhaust available administrative remedies.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 3rd day of August, 2012.

　　　　　　　　　　　　　　　　_s/ M. Casey Rodgers_
　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**